Nos. 25-2037, 25-2085 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JAMES E. WALKER, | ) | On Appeal from the United States |
| | ) | District Court for the Southern |
| Plaintiff-Appellant, | ) | District of Illinois |
| | ) | |
| v. | ) | No. 3:19-cv-00618-SMY |
| | ) | |
| MICHAEL DEAN and NICHOLAS GOODCHILD, | ) | |
| | ) | The Honorable |
| | ) | STACI M. YANDLE, |
| Defendants-Appellees. | ) | Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees Michael Dean and Nicholas Goodchild move this court for a 30-day extension of time, from November 3, 2025, to December 3, 2025, to file their brief in this appeal, and submit the attached declaration in support of this motion.

                          Respectfully submitted,

                          KWAME RAOUL
                          Attorney General
                          State of Illinois

By:   /s/ R. Sam Horan
       R. SAM HORAN
       Assistant Attorney General
       115 South LaSalle Street
       Chicago, Illinois 60603
       (312) 793-0797 (office)
       (312) 405-5354 (cell)
       Richard.Horan@ilag.gov

# DECLARATION

I, R. Sam Horan, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent Defendants-Appellees Michael Dean and Nicholas Goodchild in the appeals docketed as Nos. 25-2037 and 25-2085 (consol.).

3. The brief of Defendants-Appellees is due to be filed with this court by November 3, 2025. 7th Cir. Doc. 13 (No. 25-2037). This is Defendants-Appellees' second motion for an extension of time to file their brief.

4. This motion is being filed at least seven days before the brief's due date, as required by 7th Cir. R. 26.

5. I will be unable to complete a draft of the response brief, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the brief with this court by November 3, 2025, and request a 30-day extension for the following reasons.

6. First, I represent the plaintiff State of Illinois in *Illinois v. Noem*, No. 25-cv-495 (D.R.I.). That case concerns the availability of nearly $250 million in federal antiterrorism funding to a coalition of States, as well as the terms of several

homeland-security grants. The plaintiff States filed an amended complaint on October 24, 2025, and will file a motion for summary judgment on October 30, 2025. I have prioritized that matter in my work schedule because of the States' need to obtain relief on an expedited timeline.

7. Second, I represent defendants-appellees Emily Meehan and Carmen Anderson in *Lezona Effoua v. Meehan*, No. 1-25-0220 (Illinois Appellate Court, First Judicial District). That case involves a challenge to an agency decision denying the plaintiff-appellant certain welfare benefits. I have prioritized that matter in my work schedule because the response brief is due on November 12, 2025, on a third and final extension of time.

9. I do not request this extension of time for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 27, 2025.

/s/ R. Sam Horan
R. SAM HORAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-0797 (office)
(312) 405-5354 (cell)
Richard.Horan@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

      I certify that on October 27, 2025, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

      I further certify that the other participant in this appeal, named below, is not a CM/ECF user, and thus was served by placing a copy of the foregoing document in an envelope bearing proper prepaid postage and directed to the address indicated below, and depositing the envelope in a box designated for the United States mail at 115 South LaSalle Street, Chicago, Illinois 60603, before 5:00 p.m. on October 27, 2025.

    James E. Walker, R02343  
    Sheridan Correctional Center  
    4017 E. 2603 Road  
    Sheridan, IL 60551

<u>/s/ R. Sam Horan</u>  
R. SAM HORAN  
Assistant Attorney General  
115 South LaSalle Street  
Chicago, Illinois 60603  
(312) 793-0797 (office)  
(312) 405-5354 (cell)  
Richard.Horan@ilag.gov
